IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEA N. WHITE,

        Plaintiff,                                ORDER

  v.

                                            09-cv-755-slc

STATE OF WISCONSIN
DEPARTMENT OF REVENUE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        On March 11, 2010, I screened plaintiff's complaint and supplement, and gave her until March 30, 2010 to file an amended complaint that includes factual allegations regarding her retaliation claim. Now plaintiff has submitted a letter to the court dated March 29, 2010, in which she asks for additional time to submit a proposed amended complaint. I will give plaintiff a short extension of time to file her amended complaint.

        A word of caution to plaintiff is in order. I note that her current submission is not signed, as required by Fed. R. Civ. P. 11(a). In the future, if plaintiff fails to sign her submissions in this case, they will be given no consideration but simply placed in the court file.

1

ORDER

IT IS ORDERED that plaintiff's request for an extension of time to file an amended complaint, dkt. #7, is GRANTED.  Plaintiff has until April 13, 2010, in which to amend her complaint in accordance with the March 11, 2010 order.

Entered this 31st day of March, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge