IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEA N. WHITE,

    Plaintiff,

v.

STATE OF WISCONSIN
DEPARTMENT OF REVENUE,

    Defendant.

JUDGMENT IN A CIVIL CASE

09-cv-755-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State of Wisconsin Department of Revenue granting its motion for summary judgment and dismissing this case.

_____      5/4/11
Peter Oppeneer, Clerk of Court           Date